## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
|   ) | |
|   Plaintiff, ) | |
|   ) | |
| v. ) | Civil Action No. |
|   ) | |
| GENESH, INC., ) | |
|   ) | |
|   Defendant. ) | |

## COMPLAINT

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000 et seq., for an order directing Defendant Genesh, Inc. to prepare, execute, and file accurate and complete Employer Information Report EEO-1s ("EEO-1 reports") as required by Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§1602.7 – 1602.14, for each calendar year for which Genesh, Inc. is in violation of its reporting obligations. The Equal Employment Opportunity Commission alleges that in prior reporting years, including calendar years 2021 and 2022, and despite written notices and demands from the Commission, Genesh has failed and refused to fully comply with its obligation to file such reports, in violation of Title VII and applicable regulations.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, and 1345. This action is authorized and instituted pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder.

2. Venue in this Court is proper as Genesh, Inc. is found, resides, or transacts business within the jurisdiction of the United States District Court for the District of Kansas.

## PARTIES

3. Plaintiff Equal Employment Opportunity Commission is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action pursuant to 42 U.S.C. §2000e-8(c) and regulations issued thereunder, 29 C.F.R. §1602.9.

4. At all relevant times, Defendant Genesh, Inc. could be found, resides, or transacts business within the State of Kansas and the city of Lenexa, County of Johnson, and has continuously had at least 100 employees.

5. At all relevant times, Defendant Genesh, Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. 2000e (b), (g), and (h).

## STATEMENT OF CLAIMS

6. In 2021, Defendant Genesh, Inc. had 100 or more employees.

7. As required by Title VII and applicable regulations, Defendant Genesh, Inc. was under a duty to file an EEO-1 report for 2021.

8. Plaintiff Equal Employment Opportunity Commission issued to Defendant Genesh, Inc. notice of non-compliance and failure to file its required EEO-1 report for 2021.

9. Defendant Genesh, Inc. failed to fully comply with its obligation to prepare, execute, and file an accurate and complete EEO-1 report for 2021.

10. As of the date of this action, Defendant Genesh, Inc. has not filed its required EEO-1 report for 2021.

11. In 2022, Defendant Genesh, Inc. had 100 or more employees.

12. As required by Title VII and applicable regulations, Defendant Genesh, Inc. was under a duty to file an EEO-1 report for 2022.

13. Plaintiff Equal Employment Opportunity Commission issued to Defendant Genesh, Inc. notice of non-compliance and failure to file its required EEO-1 report for 2022.

14. Defendant Genesh, Inc. failed to fully comply with its obligation to prepare, execute, and file an accurate and complete EEO-1 report for 2022.

15. As of the date of this action, Defendant Genesh, Inc. has not filed its required EEO-1 report for 2022.

16. Defendant Genesh, Inc.'s failure to file said EEO-1 reports is in violation of Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§1602.7 – 1602.14.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff Equal Employment Opportunity Commission respectfully requests that this Court:

A.   Order that Defendant Genesh, Inc., without further delay, prepare, execute, and file accurate and complete EEO-1 reports as required by law for each prior calendar year for which it has failed to file requisite reports, including 2021 and 2022;

B.   Order that Defendant Genesh, Inc. file accurate and complete EEO-1 reports as required by law for 2023;

C.   Grant such further relief as the Court deems necessary and proper in the public interest; and,

D.   Award the Commission its costs of this action.

> Respectfully submitted,
>
> KARLA GILBRIDE
> General Counsel
>
> CHRISTOPHER LAGE
> Deputy General Counsel
>
> GWENDOLYN YOUNG REAMS
> Associate General Counsel
>
> s/ Andrea G. Baran
> ANDREA G. BARAN, MO Bar No. 46520
> Regional Attorney
> MEREDITH S. BERWICK, MO Bar No. 64389
> Senior Trial Attorney
> EQUAL EMPLOYMENT
> OPPORTUNITY COMMISSION
> St. Louis District Office
> 1222 Spruce St., Rm. 8.100
> St. Louis, MO 63103

Phone: (314) 798-1914
Email: andrea.baran@eeoc.gov
       meredith.berwick@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**

5